UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SULAIMAN DOSOUQI,

        Plaintiff,

        v.

GERARD HEINAUAER, et al.,

        Defendants.
_____/

No. C 12-3946 PJH

**JUDGMENT**

    Pursuant to the Order granting defendants' motion for summary judgment, signed today, this action is DISMISSED without prejudice.

    IT IS SO ORDERED AND ADJUDGED.

Dated:  February 22, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court

For the Northern District of California